

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2020

No. 04-20-00140-CV

**IN THE INTEREST OF L.P AND C.P.**,

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-10-1012-CVA
Honorable Melissa Uram-Degerolami, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellants C.P.'s and V.K.'s parental rights. On March 26, 2020, C.P. filed his appellant's brief, and V.K.'s appellant's brief is due by April 20, 2020. On April 15, 2020, the Department filed a motion seeking an extension of time to file its appellee's brief and permission to file one brief responding to C.P.'s and V.K.'s briefs. After consideration, we **GRANT** the motion and **ORDER** the Department to file one appellee's brief responding to C.P.'s and V.K.'s briefs. We further **ORDER** the Department's brief due twenty days after V.K. files her appellant's brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court